UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE S. RUFF, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>and<br><br>DEL MONTE CORPORATION d/b/a DEL MONTE FOODS and MILO's KITCHEN, LLC<br><br>_____ | Case No. C 12-5251-JSW<br><br>Hon. Jeffrey S. White<br><br>[~~PROPOSED~~] ORDER GRANTING SECOND UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER OR, IN THE ALTERNATIVE, DISMISS PLAINTIFF'S COMPLAINT<br>[L.R. 7-11]<br><br>Hearing on Motion to Transfer/Dismiss<br>DATE: April 12, 2013<br>TIME: 9:00 a.m.<br><br>  AND ORDER DENYING AS MOOT FIRST<br>  MOTION FOR EXTENSION OF TIME |

1
[~~PROPOSED~~] ORDER GRANTING SECOND UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER OR, IN THE ALTERNATIVE, DISMISS PLAINTIFF'S COMPLAINT – CASE NO. 12-cv-05251-JSW

FOR GOOD CAUSE SHOWN, THE COURT HEREBY ORDERS AS FOLLOWS:

1)  Defendants Del Monte Corporation and Milo's Kitchen, LLC are granted a one week extension to file a Reply to Plaintiff's Opposition to Defendants' Motion to Transfer or, in the Alternative, Dismiss Plaintiff's Complaint; and

2)  Defendants have up to and including March 1, 2013 to file a Reply to Plaintiff's Opposition to Defendants' Motion to Transfer or, in the Alternative, Dismiss Plaintiff's Complaint.

Dated: February 21, 2013

Hon. Judge Jeffrey S. White
United States District Judge

2
[PROPOSED] ORDER GRANTING SECOND UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER OR, IN THE ALTERNATIVE, DISMISS PLAINTIFF'S COMPLAINT – CASE NO. 12-cv-05251-JSW