GRANT & EISENHOFER, P.A.
ADAM J. LEVITT
EDMUND S. ARONOWITZ
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone:    312/214-0000
Facsimile:    312/214/001
alevitt@gelaw.com
earonowitz@gelaw.com

COMPLEX LITIGATION GROUP LLC
JAMIE E. WEISS
JULIE D. MILLER
513 Central Avenue, Suite 300
Highland Park, Illinois 60035
Telephone:  847/433-4500
Facsimile:  847/433-4200
jamie@complexlitgroup.com
julie@complexlitgroup.com

Attorneys for Plaintiff and the Proposed Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXINE S. RUFF, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>DEL MONTE CORPORATION d/b/a DEL MONTE FOODS and MILO'S KITCHEN, LLC,<br><br>      Defendants. | Case No. C 12-05251 JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINITFF MAXINE RUFF AND [PROPOSED] ORDER**<br><br>CLASS ACTION<br><br>Room:<br>Judge: Hon. Jeffrey S. White |

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINITFF MAXINE RUFF – CASE NO. C 12-5251 JSW

1     **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2     Please take notice that Plaintiff, Maxine Ruff, hereby substitutes Grant & Eisenhofer, P.A.

3 in place of Wolf Haldenstein Adler Freeman & Herz LLP and Wolf Haldenstein Adler Freeman &

4 Herz LLC as her counsel of record in this action.

5     The contact information for new counsel is as follows:

6     ADAM J. LEVITT
    EDMUND S. ARONOWITZ

7     GRANT & EISENHOFER, P.A.
    30 North LaSalle Street, Suite 1200

8     Chicago, Illinois 60602
    Telephone:   312/214-0000

9     Facsimile:    312/214-0001
    alevitt@gelaw.com

10     earonowitz@gelaw.com

11

12 DATED: March 22, 2013           GRANT & EISENHOFER, P.A.
                      ADAM J. LEVITT

13                       EDMUND S. ARONOWITZ

14

15                       EDMUND S. ARONOWITZ

16                       30 North LaSalle Street, Suite 1200
                      Chicago, Illinois 60602

17                       Telephone:   312/214-0000
                      Facsimile:    312/214-0001

18                       alevitt@gelaw.com
                      earonowitz@gelaw.com

19

20                **CONSENT TO SUBSTITUTION**

21     Wolf Haldenstein Adler Freeman & Herz LLP and Wolf Haldenstein Adler Freeman &

22 Herz LLC together hereby, by and through the undersigned, consent to this substitution.

23

24 Dated: March 22, 2013         By: _Betsy C Manifold_

25                     Betsy C. Manifold
                    WOLF HALDENSTEIN ADLER

26                       FREEMAN & HERZ LLP
                    WOLF HALDENSTEIN ADLER

27                       FREEMAN & HERZ LLC

28

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINITFF MAXINE RUFF – CASE NO.
C 12-5251 JSW                                    - 1 -

1

2   **[PROPOSED] ORDER**

3   **IT IS SO ORDERED.**

4   Dated: _April 2, 2013_____

5                                    HONORABLE JEFFREY S. WHITE
                                     ~~UNITED STATES MAGISTRATE JUDGE~~
6                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20  DELMONTE:19667.NOT

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF MAXINE RUFF – CASE NO.
C 12-5251 JSW                                                        - 2 -